RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
SHREVEPORT, LOUISIANA
DATE 11/15/17
smd

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-cr-00293-01 |
| | * | |
| VERSUS | * | |
| | * | DISTRICT JUDGE Foote |
| COREY BROSSETTE | * | MAGISTRATE JUDGE HORNSBY |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### ACCESS WITH INTENT TO VIEW CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(5)(B)

On or about March 3, 2015, in the Western District of Louisiana, the defendant, COREY BROSSETTE, did knowingly and intentionally access with intent to view child pornography, as defined by Title 18, United States Code, Section 2256, involving a prepubescent child under the age of 12 years, by any means or facility of interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). [18 U.S.C. § 2252A(a)(5)(B)].

### FORFEITURE ALLEGATIONS AND NOTICE

1. The allegations contained in Count 1 of this Indictment are herby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A(a)(5)(B), the

defendant, CORY BROSSETTE, shall forfeit to the United States of America:

a. Any visual depiction described in Title 18, United States Code, Section 2252A(a)(5)(B) or any book, magazine, periodical, film, videotape, or other mater which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, used, or intended to be used, to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

a. Dell latitude D620 laptop Computer, model PP18L

b. Hitachi 80 gigabyte hard drive, model HTS721080G9SA00

c. Seagate 750 gigabyte hard drive model HT3750328AS

d. Samsung 500 gigabyte hard drive, model HD502HJ

e. Dell Studio One 1909 All-in-one computer

f. Seagate 500 gigabyte hard drive, model ST3500418AS

g. Western Digital External USB hard drive, serial number WCAU4D675477

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value, or

    e.    has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253 and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

*REDACTED*

FOREPERSON: FEDERAL GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney
Western District of Louisiana

By: _____
F. Michael O'Mara (SC Bar #75338)
Assistant United States Attorney
Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600