UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 17-cr-00293-01** |
| **VERSUS** | **JUDGE FOOTE** |
| **COREY BROSSETTE** | **MAGISTRATE JUDGE HORNSBY** |

### DEFENDANT'S REQUEST FOR DISCOVERY

COREY BROSSETTE, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (I)(A)(6) of the Criminal Pretrial Discovery Order, including subparagraphs (a) through (h).

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA


BY:   **S/ WAYNE J. BLANCHARD (LA #3113)**
         Assistant Federal Public Defender
         102 Versailles Blvd., Suite 816
         Lafayette, Louisiana  70501
         (337)262-6336 (Phone)     (337)262-6605 (Fax)

         COUNSEL FOR COREY BROSSETTE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above DEFENDANT'S REQUEST FOR DISCOVERY has been served on Mr. F. Michael O'Mara, Assistant United States Attorney, 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101 and defense counsel via notice of electronic filing (NEF).

Lafayette, Louisiana, December 18, 2017.

S/ WAYNE J. BLANCHARD