PS 8
(Rev. 12/04)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 0 1 2018

TONY R. MOORE  CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT
## for
### WESTERN DISTRICT OF LOUISIANA

U.S.A. vs. __COREY BROSSETTE__   Docket No. __17CR00293-01__

**Petition for Action on Conditions of Pretrial Release**

COMES NOW __Justin Simons__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Corey Brossette who was placed under pretrial release supervision by the Honorable __Perez-Montes__ sitting in the court at __WDLA - Alex__, on the __15__ date of __December__, 20 __17__ under the following conditions:

Standard conditions of release. Additional conditions: Third party custodian of Nancy Bruno; Active pretrial supervision; Not obtain passport; Travel restricted to WDLA; Psychiatric treatment; Do not use illegal drugs; Participate in drug screens and/or drug treatment; Report LE contact immediately to probation; No access to internet; No access to female juvenile living at third party's home.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Brossette and his third party custodian advised pretrial services that Brosette abused an aerosol inhalant to intoxication approximately one week ago.

Requested added condition to pretrial release:

1) Brossette is not to use aerosol inhalants to intoxication. Furthermore, he is to attend SA treatment for inhalant abuse and follow any recommendations made.

PRAYING THAT THE COURT WILL ORDER THE ADDITIONAL CONDITION.

√ The above noted added condition.

____ Other:

I declare under penalty of perjury that the foregoing is true and correct.

Executed

**ORDER OF COURT**

Considered and ordered this __1st__ day of __May__, 20 __18__ and ordered filed and made a part of the records in the above case.

_____
Joseph Perez-Montes, U.S. Magistrate Judge

_____
U.S. Pretrial Services Officer

Place __WDLA - ALEX__

Date __5-1-18__